USDC SCAN INDEX SHEET

















AXR 5/30/06 14:01

3:04-CV-02459 TACKETT V. IMPERIAL COUNTY OF

*58*

*O.*

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Tackett v. County of Imperial, et al. No. 04cv2459 J (PCL)

HON. PETER C. LEWIS CT. DEPUTY ERIKA FLORES

The hearing on Plaintiff's motion to compel production of documents (Doc. Nos. 40-44) set for May 30, 2006 is VACATED. The matter is taken under submission without oral argument.

X Copies to: Counsel of Record X Notified by Telephone

DATE: May 26, 2006 INITIALS: EF Deputy

IT IS SO ORDERED: ______________________
Peter C. Lewis,
US Magistrate Judge

58 [illegible]